

United States District Court
Eastern District of California

| Our Watch | | Case Number: | 2:23-cv-00422 |

Plaintiff(s)

V.

Rob Bonta

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bethany Onishenko hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Our Watch

On 06/08/2023 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Arkansas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/07/2023          Signature of Applicant: /s/ Bethany Onishenko

**Pro Hac Vice Attorney**

Applicant's Name: Bethany Onishenko
Law Firm Name: Advocates for Faith and Freedom
Address: 25026 Las Brisas Rd

City: Murrieta   State: CA   Zip: 92562
Phone Number w/Area Code: (951) 600-2733
City and State of Residence: Lowell, Arkansas
Primary E-mail Address: bonishenko@faith-freedom.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariah Gondeiro
Law Firm Name: Advoates for Faith and Freedom
Address: 25026 Las Brisas Rd

City: Murrieta   State: CA   Zip: 92562
Phone Number w/Area Code: (951) 600-2733   Bar #: 323683

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 8, 2023

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT