# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                              **JUDGMENT IN A CIVIL CASE**

**OUR WATCH WITH TIM THOMPSON,**

                              CASE NO: **2:23−CV−00422−DAD−DB**

      v.

**ROB BONTA,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/8/2024**

                                      **Keith Holland**
                                      Clerk of Court

ENTERED: **April 8, 2024**

                        by: /s/ L. Mena−Sanchez
                              Deputy Clerk